
# Court of Appeals
## Tenth Appellate District of Texas

MCLENNAN COUNTY COURTHOUSE
501 WASHINGTON AVENUE, RM. 415
WACO, TEXAS 76701-1373

May 1, 2025

Matthew Witherel
Lanza Law Firm
4950 Bissonnet Street
Houston, TX 77401
* DELIVERED VIA E-MAIL *

Carey Fraser
Attorney at Law
154 North Graham
Stephenville, TX 76401
* DELIVERED VIA E-MAIL *

RE:     Court of Appeals Number:   10-25-00136-CV
        Trial Court Case Number:   C10940

STYLE:  Ram Industries Acquisitions, LLC dba Ram Windows
        v.
        Rough Creek Operating, LP

By order of the Supreme Court of Texas dated April 2, 2025, Misc. Docket No. 25-9016, the above cause has been transferred to the Fifteenth Court of Appeals District in Austin, Texas on this date. All future correspondence and filings regarding this cause should be directed to Christopher A. Prine, Clerk, Fifteenth Court of Appeals, William P. Clements Building, 300 West 15th Street, Suite 607, Austin, Texas 78701. The phone number is (512)463-1610, and the website is www.txcourts.gov/15thcoa.

Sincerely,

Sherry Williamson

Sherry Williamson, Clerk

cc:   Sherry Boehmer (DELIVERED VIA E-MAIL)
      Virginia Dickson (DELIVERED VIA E-MAIL)
      Judge Sydney B. Hewlett (DELIVERED VIA E-MAIL)
      Judge David L. Evans (DELIVERED VIA E-MAIL)